JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAT SUAREZ,<br>Plaintiff,<br>v.<br>SHANE ANDERSON, et al.,<br>Defendants. | Case No. CV 26-566-GW-SSCx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulation [16] between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November 12, 2026

George H. Wu

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE